# United States Court of Appeals
## For the First Circuit

No. 09-2132

MATTHEW D. WEST,

Petitioner, Appellant,

v.

UNITED STATES OF AMERICA,

Respondent, Appellee.

---

ERRATA SHEET

The opinion of this Court issued on January 26, 2011 is amended as follows:

On page 5, lines 15-18, the sentence beginning "After initially" is changed to read as follows: "After initially denying the motion without prejudice, the trial court later purported to grant West's motion upon learning about West's counsel's failure, and West filed a direct appeal within the newly specified appeal period."